UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID CARTER,

                Plaintiff,

-against-

1# JOHN DOE [BLACK MALE], ET AL.,

                Defendants.

24-CV-6182 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is incarcerated, is proceeding *pro se.* By order dated October 25, 2024, the Court dismissed the complaint without prejudice because Plaintiff failed to either submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization, or pay the $405.00 in fees required to file a civil action in this court. (ECF 7, 8.) Thereafter, Plaintiff submitted an IFP application and prisoner authorization, a letter, and two motions to reopen the case. (ECF 9-14.)

      The Court grants the motion to reopen. The Clerk of Court is directed to vacate the order and judgment of dismissal (ECF 7, 8), and reopen this case.

SO ORDERED.

Dated:  December 10, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge