UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CARTER,<br><br>                    Plaintiff,<br><br>-against-<br><br>1# JOHN DOE [BLACK MALE], ET AL.,<br><br>                    Defendants. | 24-cv-6182 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge