UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID CARTER,

                Plaintiff,

-against-

1# JOHN DOE [BLACK MALE],

                Defendants.

24-CV-6182 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff David Carter, who is currently incarcerated in Marcy Correctional Facility ("Marcy") in Oneida County, New York, is proceeding *pro se* and *in forma pauperis* ("IFP"). He filed a complaint in connection with events occurring at Green Haven Correctional Facility. (ECF 1.) The Court assumes familiarity with the procedural history of this matter.

      As discussed in prior orders dated July 21, 2025, and August 5, 2025, Plaintiff had a deadline of September 21, 2025, to file an amended complaint. (ECF 30, 33.) As noted in the August 5, 2025 order:

> The Court cannot grant Plaintiff any relief until he files an amended complaint that establishes his right to proceed under the imminent danger exception to Section 1915(g). As Plaintiff is no longer incarcerated at Green Haven, he likely cannot show that he is facing imminent danger in connection with events arising at Green Haven, but the Second Circuit directed this Court to give him that opportunity. If Plaintiff files an amended complaint alleging that he is facing imminent danger at Marcy, and asserts claims against Marcy defendants in connection with events occurring there, the Court will transfer the matter to the Northern District of New York to assess his request to proceed IFP.

(ECF 33 at 3.)

      Plaintiff has not filed an amended complaint or otherwise communicated with the Court. The Court grants Plaintiff a final opportunity to file an amended complaint. Within 30 days from

the date of this order, Plaintiff must file an amended complaint. Failure to comply will result in dismissal of this action without prejudice. No further extensions of time will be granted.

## CONCLUSION

Within 30 days from the date of this order, Plaintiff must file an amended complaint. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and cannot show good cause to excuse such failure, this action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  October 24, 2025
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge